# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART, | Case No. 2:20-cv-01046-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, et al. | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. The Court directed petitioner either to file an application to proceed in forma pauperis or to pay the filing fee. ECF No. 3. Petitioner has filed an application to proceed in forma pauperis. ECF No. 4. The Court finds that petitioner has monthly deposits that are sufficient to pay the filing fee.

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (ECF No. 4) is **DENIED**. Petitioner will have forty-five (45) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

///

///

///

1

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies
2 of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this
3 order attached to the check paying the filing fee.

4 DATED: July 27, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE