# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.<br><br>　　　　Respondents. | Case No. 2:20-cv-01046-RFB-NJK<br><br>**ORDER** |

　　　Petitioner having filed a Motion for Extension of Time (ECF No. 7), and good cause appearing,

　　　　　IT THEREFORE IS ORDERED that Petitioner's Motion for Extension of Time (ECF No. 7) is **GRANTED**.  Petitioner will have up to and including October 26, 2020, to pay the filing fee.

　　　DATED: September 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1