UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART,<br><br>        Petitioner,<br><br>   v.<br><br>WILLIAM HUTCHINGS, et al.<br><br>        Respondents. | Case No. 2:20-cv-01046-RFB-NJK<br><br>**ORDER** |

Following upon the court's order of January 5, 2022 (ECF No. 26), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for clarification and new scheduling order (ECF No. 24) is **GRANTED**.

DATED: January 7, 2022.

                                                              _____

                                                              RICHARD F. BOULWARE, II<br>                                                              United States District Judge