# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART, | Case No. 2:20-cv-01046-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al. | |
| Respondents. | |

The court's electronic service upon petitioner at the Lovelock Correctional Center has been returned with a note that petitioner now is incarcerated at the Southern Desert Correctional Center. ECF No. 28.  The court will change petitioner's address and send him copies of recent orders.  The court also reminds petitioner that now that he is proceeding pro se, he is responsible for informing the court of any changes in his address.  See LR IA 3-1.

The returned notice of electronic filing also shows that former counsel for petitioner still is receiving electronic service in this action.  The court directs the clerk to terminate former counsel's representation in the CM/ECF docketing system.

IT THEREFORE IS ORDERED that the clerk of the court change petitioner's address to Terrance O. Stewart, #1096002, Southern Desert Correctional Center, P.O. Box 208, Indian Springs, NV 89070-0208.

1

1   IT FURTHER IS ORDERED that the clerk of the court send petitioner a copy of the court's
2   orders of January 5, 2022, and January 27, 2022 (ECF No. 26, 27).
3   IT FURTHER IS ORDERED that the clerk of the court terminate the representation of
4   petitioner by Jeremy Charles Baron.
5   DATED: February 22, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge