# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART, | Case No. 2:20-cv-01046-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al. | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 30), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 30) is **GRANTED**. Respondents will have up to and including March 14, 2022, to file a response to the second amended petition (ECF No. 22).

DATED: March 8, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

1