UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE O. STEWART, | Case No. 2:20-cv-01046-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, et al. | |
| Respondents. | |

Respondents have filed a motion for leave to file exhibit under seal. ECF No. 42. The exhibit in question is the pre-sentence investigation report of petitioner, which contains confidential information. The court finds that compelling reasons exist to seal this exhibit. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

Petitioner has filed a motion for enlargement of time (first request). ECF No. 45. The court finds that good cause exists to grant this motion.

IT THEREFORE IS ORDERED that respondents motion for leave to file exhibit under seal (ECF No. 42) is **GRANTED**.

///

///

///

///

1

IT FURTHER IS ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 45) is **GRANTED**.  Petitioner will have up to and including April 18, 2022, to file a response to the motion to dismiss (ECF No. 32).

DATED:  April 14, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge