UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERRANCE STEWART,

    Petitioner,

    v.

ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:20-cv-01046-RFB-NJK

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on March 14, 2022 (ECF No. 32). The pro se petitioner, Terrance Stewart, filed a response to the motion to dismiss on April 20, 2022 (ECF No. 47). Respondents replied on April 27, 2022 (ECF No. 48).

When Stewart filed his response to the motion to dismiss, that document was inadvertently imaged incorrectly for filing; several pages were missing from the image as it appeared on the Court's docket, and as it was served on Respondents. Respondents noted this in their reply (ECF No. 48 at 2 n.1.). On May 10, 2022, the image of Stewart's response on the docket was corrected, to include all pages of the response (ECF No. 47). The Court will, therefore, grant Respondents an opportunity to file an amended reply, so that they may reply to Stewart's complete response.

**IT IS THEREFORE ORDERED** that Respondents will have 30 days from the date of this order to file an amended reply in support of their motion to dismiss (ECF No. 32).

DATED THIS 10th day of May, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE